**JS−6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED GONZALEZ<br><br>        Plaintiff(s),<br><br>  v.<br><br>CITY OF EL MONTE , et al.<br><br><br><br>        Defendant(s). | CASE NO:<br>2:16−cv−09637−FMO−JEM<br><br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

      Having been advised by counsel that the above−entitled action has been settled, IT IS ORDERED that the above−captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within <u>60</u> **days from the filing date of this Order**, to re−open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

     **IT IS SO ORDERED.**

DATED: June 13, 2017

                              */s/ Fernando M. Olguin*
                              Fernando M. Olguin
                              United States District Judge